# FUGAZY & ROONEY LLP
### ATTORNEYS AT LAW

Writer's Direct Dial:
212-346-0579
Writer's Direct Email:
prooney@fugazyrooney.com
Please Reply to New York City

March 16, 2010

**VIA ECF FILING**

Hon. William D. Wall
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Marcovechio, et al. v. RJLL Corp., et al.*, 09-CV-2081 (ADS) (WDW)

Dear Judge Wall:

We represent the Plaintiffs in the above-referenced action. We write to submit to Your Honor the enclosed "Amended Joint Discovery and Motion Schedule" agreed to by Counsel for the Plaintiffs and Counsel for the Defendants, for your consideration.

The reason for the amendment is that the Defendants have not responded to Plaintiffs' discovery requests, originally due on December 28, 2009, and have agreed to respond to the requests by April 2, 2010. Accordingly, all corresponding discovery deadlines have been updated to reflect this agreement. We further note that the schedule contains an order that Defendants respond to the discovery by April 2, 2010 so that if no response is provided we may seek relief from the Court.

Respectfully submitted,

FUGAZY & ROONEY LLP

By: /s/ Paul Rooney
Paul P. Rooney

cc w/enclosure: Richard M. Howard, Esq. (via ECF filing)
Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- ---------x    Docket No. 09 C V 2081
FRANK MARCOVECCHIO and                                       :           (Spatt, J.) (Wall, M.J.)
JOSEPH SCHOLL, *on behalf of themselves*                     :
*and all those similarly situated*,                          :
                                                             :
                      Plaintiffs,   :
                                                             :
  -against-                                             :
                                                             :
RJLL CORP. d/b/a Ciao Baby Restaurant,                       :
DDOB CORP. d/b/a Ciao Baby Restaurant,                       :
JJM-63 RESTAURANT CORP. d/b/a Ciao Baby                      :
Restaurant, JOSEPH DIGIROLOMO, RONALD                        :
DIGIROLOMO, LAWRENCE BLUMSTEIN, and                          :
LEONARD OLIVA,                                               :
                                                             :
                      Defendants.   :
----------------------------------------------------------------- x

## Amended Joint Discovery and Motion Schedule

In accordance with Federal Rule of Civil Procedure 26(f), the parties agree to the following amended discovery schedule:

| | Event | Completed By or Number |
|---|---|---|
| 1. | Defendants' responses to Plaintiffs' Interrogatories and Document Requests to be served by | April 2, 2010 |
| 2. | Completion of fact witness depositions | May 21, 2010 |
| 2. | Plaintiffs' motion for certification | June 8, 2010 |
| 3. | Defendants' opposition to certification motion | June 22, 2010 |
| 4. | Plaintiffs' reply (and oral argument if the Court requires same.) | June 29, 2010 |
| 5. | Final Interrogatories, Document Requests and Requests for Admissions to be served by | July 28, 2010 |

1

| | | |
|---|---|---|
| 6. | Service of expert reports | August 23, 2010 |
| 7. | Completion of expert depositions | September 24, 2010 |
| 8. | Completion of all Discovery | November 15, 2010 |
| 9. | Service of Dispositive Motions (or request for leave to file same.) | December 17, 2010 |
| 10. | Filing of Pre-Trial Order | December 17, 2010 (in the absence of a pending dispositive motion or request) or 30 days after decision of such a pending dispositive motion |

Dated: March 16, 2010

Fugazy & Rooney LLP  
*Attorneys for Plaintiffs*

By: _____/S/_____  
    Paul P. Rooney (PR-0333)  
    225 Broadway, 39th Floor  
    New York, New York 10007  
    (212) 346-0570

Meltzer, Lippe, Goldstein & Breitstone, LLP  
*Attorneys for Defendants*

By: _____/S/_____  
    Richard M. Howard (RMH-2932)  
    190 Willis Avenue  
    Jericho, New York 11753  
    (516) 681-1100

So Ordered:

_____  
U.S.M.J.